**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **EUSEBIO PEREZ REYES** | |
| Petitioner, | Case No. 6:26-cv-00062-ADA-DTG |
| v. | |
| MARCOS CHARLES, et al., | **MOTION TO WITHDRAW HABEAS PETITION AS MOOT** |
| Respondents. | |

**ORDER**

Before the Court is Petitioner's combined motion to supplement habeas petition and supplemental petition filed pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.

Having considered the motion, the record, and the applicable law, the Court finds that the motion is well taken and should be Granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Motion to Withdraw Habeas Petition as Moot (Dkt. 9) is Granted;

2. Petitioner's Motion to Withdraw Habeas Petition as Moot is deemed filed and accepted as part of the record;

3. This action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**
Date: May 14, 2026.

_____
UNITED STATES DISTRICT JUDGE

7